within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–793. IN RE DISBARMENT OF CARTWRIGHT. It is ordered that Prince Cartwright, Jr., of Houston, Tex., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–794. IN RE DISBARMENT OF MONTEMAYOR. It is ordered that Ruben R. Montemayor, of San Antonio, Tex., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 88–1353. UNITED STATES v. VERDUGO-URQUIDEZ. C. A. 9th Cir. [Certiorari granted, 490 U. S. 1019.] Motion of Criminal Justice Legal Foundation for leave to file a brief as *amicus curiae* granted.

No. 88–1640. MICHIGAN CITIZENS FOR AN INDEPENDENT PRESS ET AL. v. THORNBURGH, ATTORNEY GENERAL OF THE UNITED STATES, ET AL. C. A. D. C. Cir. [Certiorari granted, 490 U. S. 1045.] Motion of the parties to dispense with printing the joint appendix granted. JUSTICE WHITE took no part in the consideration or decision of this motion.

No. 88–7281. IN RE HUMPHREY. Petition for writ of habeas corpus denied.

No. 88–1719. CHAUFFEURS, TEAMSTERS & HELPERS, LOCAL No. 391 v. TERRY ET AL. C. A. 4th Cir. Certiorari granted.

No. 88–1835. FLORIDA v. WELLS. Sup. Ct. Fla. Certiorari granted.

No. 88–1595. KAISER ALUMINUM & CHEMICAL CORP. ET AL. v. BONJORNO ET AL.; and
No. 88–1771. BONJORNO ET AL. v. KAISER ALUMINUM & CHEMICAL CORP. ET AL. C. A. 3d Cir. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument. Reported below: 865 F. 2d 566.